UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO.: 04-00060-001 |
| Plaintiff, ) | |
| vs. ) | **FILED** |
| BRIAN CHAVEZ CRAWFORD ) | DISTRICT COURT OF GUAM |
| Defendant. ) | DEC -5 2005 |
| | MARY L.M. MORAN |
| | CLERK OF COURT |

Re: Report and Order Terminating Term of Supervised Release

The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on November 15, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

RESPECTFULLY submitted this 29TH day of November 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: for: Judy Ann L. Ocampo
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: SUSPO Karen Norris, Southern District of Texas
    File

***************************************************************************

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Brian Chavez Crawford be discharged from supervised release and that/ the proceeding in the case be terminated.

Dated this 5th day of December 2005.

D. Lowell Jensen
U.S. Senior District Judge

RECEIVED
DEC - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL